# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

In re: Melody Nyambe         Case No. 12-82281
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 76.50    on or before 6/29/12
$ 76.50    on or before 7/29/12
$ 76.50    on or before 8/29/12
$ 76.50    on or before 9/29/12

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ at _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: JUN 18 2012

BY THE COURT:
_____
United States Bankruptcy Judge

CERTIFICATE OF SERVICE

RE: Nyambe, 12-82281

     I certify that on June 18, 2012, I caused a copy of the attached **Order On Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served to the parties listed via the Court's electronic notification system or via First Class Mail(**) to the following:

Melody Nyambe**
431 Russell
Apt 1
DeKalb, IL 60115

James E Stevens
Barrick, Switzer, Long, Balsley & Van Ev
6833 Stalter Drive
Rockford, IL 61108

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715

_____
Mimi Kuczynski, Courtroom Deputy